**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA BINGAMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00056-NCC |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Iwana Rademaekers of The Law Offices of Iwana Rademaekers, P.C., hereby enters her appearance as counsel for Defendant, Lincoln Life Assurance Company of Boston d/b/a Lincoln Financial Group,[1] in the above referenced cause. I certify that I am admitted to practice in this Court.

Respectfully submitted this 16th day of March 2026.

Respectfully submitted,

By: *_/s/ Iwana Rademaekers_*

Iwana Rademaekers (MOED Bar # 16452560T)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

[1] The correct Defendant in this action is The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group," as that is the marketing name for Lincoln National Corporation and its affiliates. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 16th day of March 2026 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski, #MO66126
Email: adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers