**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA BINGAMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:** 4:26-cv-00056-NCC |
| **vs.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

**COMES NOW** Matthew R. Davis and enters his appearance for Plaintiff Maria Bingaman.

**DAVIS OLSZESKI, L.L.P.**

/s/ Matthew R Davis
Matthew R. Davis #MO58205
Adam J. Olszeski #MO66126
2704 Locust St., Ste 202
St. Louis, MO 63103
P: (314) 876-776
F: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

## CERTIFICATE OF SERVICE

I certify that this document was served upon all parties via the court's electronic filing system on April 8, 2026.

/s/ Matthew R. Davis