UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA BINGAMAN,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-CV-00056-NCC |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Noelle C. Collins to District Judge Sarah E. Pitlyk.

April 10, 2026
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ Alexis Reichert /
ALEXIS REICHERT
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:26-CV-00056-SEP**