**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA BINGAMAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**<br><br>Defendant. | ) | Case No. 4:26-CV-56 |

**JOINT PROPOSED SCHEDULING PLAN**

Now come all parties to this case, by and through their respective counsel, and hereby jointly submit to the Court this Joint Proposed Scheduling Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order entered on April 7, 2026, and revised on April 13, 2026 scheduling the Rule 16 Conference (Doc. 6). The parties conferred regarding this Joint Proposed Scheduling Plan on April 10, 2026, and April 13, 2026.

(a) The Track Assignment (Track 2, Standard) has been appropriately assigned.

(b) All motions for joinder of additional parties or amendment of pleadings shall be filed no later than June 1, 2026.

(c) **Discovery**: Plaintiff believes she is entitled to limited discovery pertaining to the appropriate standard of review, Defendant's conflict of interest and procedural irregularities. It is Defendant's position that this case involves a straightforward claim for disability benefits under ERISA, and as such, the evidence before the Court should be limited to the administrative records and no additional discovery is permitted. In order to address this dispute, the parties propose the following:

(i) Defendant shall produce a complete Bates-Numbered administrative record by **May 15, 2026**.

(ii) Plaintiff may file a Motion for Limited Discovery by **July 1, 2026**. Defendant may respond twenty-one days following the filing of plaintiff's motion. Plaintiff may reply seven days after that.

(iii) Any and all permitted discovery shall be finalized by **October 31, 2026**.

(iv) The presumptive limits of **ten** (ten) depositions per side as set forth in Rule 30(a)(2)(A) Fed.R.Civ. P. shall apply int his case. Defendant argues that no depositions will be necessary in this matter.

(v) The Presumptive limit of **twenty-five** (25) interrogatories per side as set forth in Rule 33(a), Fed.R.Civ.P. shall apply in this Case. Defendant argues that no discovery will be necessary int his matter aside from the produce of the Bates-numbered administrative record.

(d) The parties Jointly feel that ADR will be useful in this matter, and request an order to participate in ADR be entered on May 29, 2026.

(e) Dispositive motions should be filed by January 8, 2027. Responses to motions for summary judgment shall be filed no later than February 5, 2027. Replies in support of motions for summary judgment shall be filed no later than March 1, 2027.

(f) In the unlikely event that the action is not resolved through dispositive motions, the earliest date by which this case should reasonably be ready for trial after due consideration of such motions is May 31, 2027.

(g) The parties expect that one to three (1-3) days would be required to try the case to verdict.

(h) There are no other matters for inclusion in this Joint Proposed Scheduling Plan.

Respectfully submitted,

**DAVIS OLSZESKI, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2704 Locust, St., Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

*/s/ Iwana Rademaekers (with consent)*
Iwana Rademaekers (MOED Bar # 16452560T)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT