**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA BINGAMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | CASE NUMBER 4:26-CV-00056-SEP |

# ENTRY OF APPEARANCE

Stephen J. Moore of Galloway, Johnson, Tompkins, Burr & Smith, P.C. hereby enters his appearance on behalf of Defendant, Lincoln Life Assurance Company of Boston d/b/a Lincoln Financial Group[1].

[1] The correct Defendant in this action is The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group," as that is the marketing name for Lincoln National Corporation and its affiliates. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

Respectfully Submitted,

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, P.C.

*/s/ Stephen J. Moore*

Stephen J. Moore, #58100MO
Frederich "Fritz" J. Autrey, #74196MO
Allison Thompson, #75982MO
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
smoore@gallowaylawfirm.com
fautrey@gallowaylawfirm.com
allison.thompson@gallowaylawfirm.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 5, 2026, the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/ Stephen J. Moore*