**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA BINGAMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00056-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

Now comes Defendant, Lincoln Life Assurance Company of Boston, by and through its counsel, and files this Unopposed to Motion to Appear at Scheduling Conference Via Telephone, and states as follows:

1. The Initial Pretrial and Scheduling Conference is set in this matter for May 7, 2026, at 10:00 am before US District Judge Sarah E. Pitlyk.

2. The above-styled action is a claim for recovery of ERISA benefits under 29 U.S.C. 1132(a)(1)(B) and the provisions in the Joint Proposed Scheduling Plan (Doc. 10) are fully agreed to by the Parties.

3. Defendant's local counsel, Allison Thompson, has entered an appearance in this matter and will appear in person for the May 7, 2026, conference. However, Defendant requests that one if its Counsel, Iwana Rademaekers, be permitted to appear at the Scheduling Conference via telephone or videoconference, in addition to Ms. Thompson's in-person appearance.

4. Plaintiff's counsel has no objection to Ms. Rademaekers appearing by telephone or videoconference.

WHEREFORE, the Defendant respectfully requests that one of its counsel, Iwana Rademaekers, be allowed to appear at the May 7, 2026, Scheduling Conference via telephone or videoconference, in addition to Ms. Thompson's in-person appearance.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Counsel for Defendant*

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 4th day of May 2026 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski
Email: adam@dodisabilitylaw.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers