UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Maria Bingaman<br>Plaintiff(s),<br><br>vs.<br><br>Lincoln Life Assurance Company of Boston<br>Defendant(s). | ) | Case No. 4:26-cv-00056-SEP |

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated May 29, 2026 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Michael Geigerman

Firm Name and Address: Miles Mediation & Arbitration
500 N. Broadway, Ste. 1800
St. Louis, MO 63102

Telephone & FAX Number: P: (314) 231-4642 F: (314) 710-6268

**The attorneys of record in this case are:**

Name of Lead Counsel: Adam J. Olszeski

Firm Name and Address: Davis Olszeski Law
2704 Locust St., Ste. 202
St. Louis, MO 63103

Telephone & FAX Number: P: (314) 876-7760 F: (314)876-8788

Name of Other Counsel: Iwana Rademaekers

Firm Name and Address: Law Offices of Iwana Rademaekers, P.C.
17304 Preston Rd., Ste. 800
Dallas, Texas 75252

Telephone & FAX Number: P: (214) 579-9319 F: (469) 444-6456

**The completion deadline for this ADR referral is** July 30, 2026

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: July 29, 20 26

Time of Conference: 10:00 am a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: Virtual

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

06/12/2026
Date

/s/ Adam J. Olszeski

Signature of Plaintiff(s)

/s/ Iwana Rademaekers (with consent)

Signature of Defendant(s)