**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA BINGAMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:** 4:26-cv-00056-SEP |
| **vs.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S**
**MOTION FOR LIMITED DISCOVERY**

COMES NOW Plaintiff, by and through undersigned Counsel, and for her Motion for Discovery states as follows:

1. The Parties disagree on the scope of discovery in this ERISA action and the Court ordered the Plaintiff to file a Motion for Discovery.

2. Plaintiff Files a Memorandum of Law in Support of this Motion and incorporates the same herein by reference.

WHEREFORE, Plaintiff prays this Court enter an Order permitting the discovery sought in Plaintiff's Memorandum of Law in Support of Her Motion for Discovery, and for all other relief this Court deems just and proper at this time.

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, MO58205
Adam J. Olszeski, MO66126

2704 Locust, Suite 202

St. Louis, MO 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 1st day of July 2026 a copy of the foregoing was served via the Court's electronic filing system, upon all counsel of record.

*/s/Adam J. Olszeski*