IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **MARIA BINGAMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00056-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LIMITED DISCOVERY**

Now comes Defendant, Lincoln Life Assurance Company of Boston, by and through its counsel, and files this Unopposed to Motion to Extend Defendant's Deadline to Respond to Plaintiff's Motion for Discovery, and states as follows:

1. Plaintiff filed her Motion for Limited Discovery (Dkt 20) on July 1, 2026, and Lincoln must file its Response by July 15, 2026.

2. The parties have scheduled mediation with Mike Geigerman to take place on July 29, 2026. Therefore, in order to potentially resolve this action without incurring further time and expense and to avoid further utilization of judicial resources, Lincoln requests an extension to respond to Plaintiff's Motion. Accordingly, Lincoln respectfully requests that the Court enter an order that Lincoln have until and including August 3, 2026, to respond to Plaintiff's motion.

3. This deadline has not previously been continued or extended.

4. The office of the undersigned conferred with Plaintiff's counsel, Adam Olszeski, with regard to the relief requested in this Motion, and Plaintiff's counsel has stated that Plaintiff is not opposed to this Motion.

5. This Motion to Extend Defendant's Deadline to Respond to Plaintiff's Motion for Limited Discovery is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln requests that the Court enter an order that Lincoln shall have until and including August 3, 2026, to respond to Plaintiff's Motion for Limited Discovery.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Counsel for Defendant*

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 14th day of July 2026 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski
Email: adam@dodisabilitylaw.com

/s/ *Iwana Rademaekers*

Iwana Rademaekers