**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA BINGAMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:** 4:26-cv-00056-SEP |
| **vs.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff and the defendant hereby stipulate to the dismissal of the above-styled case with prejudice. Each side will bear its own court costs and attorneys' fees.

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**

*<u>/s/ Adam J. Olszeski</u>*

Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
22704 Locust, Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

\- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers (MOED Bar # 16452560T)
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And –

By: /s/ Frederich J. Autrey
Frederich J. Autrey, #74196MO
Galloway, Johnson, Tompkins,
Burr & Smith, P.C.
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
Email: fautrey@gallowaylawfirm.com

ATTORNEYS FOR DEFENDANT